395 A.2d 1019

Rigler, Appellant, v. First Pennsylvania Bank et al.

Submitted December 31, 1977. Dorothy M. Rigler, appellant, in propria persona; Dean B. Stewart, Jr., for appellee, First Pennsylvania Bank.

OPINION PER CURIAM: The order of the court below is reversed and the case is remanded. See, *First Pennsylvania Bank v. Bonaventure, et ux.—Appeal of: Rigler, Petitioner-Intervenor*, 257 Pa.Super. 533, 390 A.2d 1365 (1978).

PRICE, J., dissented.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.